CHRISTOPHER J. CHRISTIE
United States Attorney

DANIEL J. HEALY
U.S. Department of Justice, Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Tel./Fax: (202) 305-3402/(202)514-6866
E-mail: daniel.j.healy@usdoj.gov
Counsel for the United States

SO ORDERED: *Peter M[illegible]*
DATED: 2/8/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 08-cv-2589 (PGS) |
| ) | |
| THE ESTATE OF MILDRED HOWELL, ) | |
| Estate # 36768; 1/24/08-VM ) | |
| Surrogate's Court, Union County, NJ ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF VOLUNTARY DISMISSAL

The United States of America voluntarily dismisses, without prejudice, this case to reduce assessed federal tax liability to judgment against the named defendant.

//

//

//

3804672.1

DATE: December 8, 2008.                         Respectfully submitted,
                                                CHRISTOPHER J. CHRISTIE
                                                United States Attorney


                                                /s/ Daniel J. Healy
                                                DANIEL J. HEALY
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                Post Office Box 227
                                                Ben Franklin Station
                                                Washington, D.C. 20044
                                                Telephone: (202) 305-3402

## CERTIFICATE OF SERVICE

I certify that on December 8, 2008 I filed the United States' Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system, which completed service on interested parties registered with the system, and mailed the same by U.S. Mail, postage prepaid, addressed as follows:

> Estate of Mildred Howell
> Anthony Neri, Administrator
> Property Appraisal and Liquidation Specialist
> Internal Revenue Service
> 200 Sheffield Street
> Mountainside, NJ 07092

　　　　　　　　　　　　　　　　　　　／s／ Daniel J. Healy
　　　　　　　　　　　　　　　　　　DANIEL J. HEALY

3804672.1